In the Matter of the Application of MARY UPHAM ARNOLD for the Appointment of a New Trustee in Place of CHESTER H. ARNOLD, Deceased, under a Trust Agree-

ment, etc., between LOUIS ARNOLD and Said CHESTER H. ARNOLD.— Order modified by striking out the words " substituted trustee " and inserting in lieu thereof the words " to execute said trust; " and as so modified affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur. Settle order on notice.